CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
for Danville
MAR 28 2008
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CAROL JANE ADKINS KENDRICK ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil Action No. 4:07cv059 |
| ) | |
| COMBINED INSURANCE COMPANY ) | |
| OF AMERICA ) | |
| ) By: | Michael F. Urbanski |
| **Defendant** ) | United States Magistrate Judge |

### REPORT

As a result of the mediation proceedings held on March 27, 2008, the undersigned hereby **REPORTS** that the parties have settled this matter upon mutually agreeable terms. The parties are to execute the customary settlement documents and, within 30 days thereof, submit an agreed order of dismissal to the Honorable Jackson L. Kiser.

The Clerk of the Court hereby is directed to send a certified copy of this Report to all counsel of record.

Enter this 27th day of March, 2008.

/s/ Michael F. Urbanski
Michael F. Urbanski
United States Magistrate Judge